```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICARDO HERBERT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GRACE, et al. | : | NO. 05-484 |

## **O R D E R**

AND NOW, this          day of September, 2005, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C.§ 2254, and after review of the unopposed Report and Recommendation of the United States Magistrate Judge Peter B. Scuderi, and any objections thereto, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED.

    2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

    3. There is **no** basis for the issuance of a certificate of appealability.

                                      BY THE COURT:

                                      HARVEY BARTLE III          J.

Civ 12 (9/83)